UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ARTURO TORRES,

    Petitioner,

v.                                               Civ. No. 15-828 MV/GJF

TIMOTHY HATCH, et al.,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on review of the record. On September 18, 2015, Petitioner filed a Petition for the Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254. ECF No. 1.

The Magistrate Judge filed a Proposed Findings and Recommended Disposition (PFRD) on June 2, 2016, recommending that the Petition be dismissed with prejudice because Petitioner's claims are time barred. ECF No. 15. Petitioner has filed no objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 15) is ADOPTED and the Petition is hereby DISMISSED WITH PREJUDICE.

_____
THE HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE